the same liability as though he were its manufacturer." Bandag did not put out anyone's product as its own. Purcell conceivably could be considered to have done so, but not Bandag. That section is not applicable.

In view of our holdings, it is unnecessary to address the issues raised on plaintiff's cross-appeal.

The judgment against Bandag is reversed. The judgments entering a directed verdict on plaintiff's negligence claim and denial of a punitive damages instruction are affirmed.

CRANE, P.J., and PUDLOWSKI, J., concur.

---

*ORDER*

PER CURIAM.

Appellant, Michael T. Jenkins, appeals the judgment of conviction entered by the Circuit Court of Franklin County after he was found guilty of driving while intoxicated, RSMo § 577.010,[1] and of careless and imprudent driving, RSMo § 304.010. We affirm.

We have reviewed the briefs of the parties and the legal file and find the trial court's judgment is supported by substantial evidence, is not against the weight of the evidence, and no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the trial court pursuant to Rule 30.25(b).

---

**STATE of Missouri, Respondent,**

v.

**Michael T. JENKINS, Appellant.**

No. 70212.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

Rehearing Denied May 1, 1997.

Richard B. Dempsey, Dempsey, Nangle, Cooper, Niemann & Biting, Washington, for appellant.

Linda A. Hoffman, Asst. Prosecuting Attorney, Franklin County, Union, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

1. All statutory references are to RSMo 1994 un-

---

**Ernestine DAVIS, Employee/Appellant,**

v.

**ST. JOHN'S MERCY MEDICAL CENTER, Employer/Respondent.**

No. 71121.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 1997.

Sheldon Weinstein, Edward A. Gilkerson, St. Louis, for employee/appellant.

Daniel L. Steigerwald, Hayes & Balfour, St. Louis, for employer/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

less otherwise noted.